IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**VIRGINIA MUMFORD,** *et al.*                                           **PLAINTIFFS**

v.                      **CASE NO. 2:24-CV-00082-BSM**

**SAFELITE FULFILLMENT INC.,** *et al.*                           **DEFENDANTS**

## **JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of November, 2025.

                                                     _/s/ Brian S. Miller_
                                                  UNITED STATES DISTRICT JUDGE